**No. 10-10430. Kaniyn Parker, Petitioner v. United States.**

563 U.S. 1041, 131 S. Ct. 2982, 180 L. Ed. 2d 262, 2011 U.S. LEXIS 4209.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-367. Roland Wallace Burris, United States Senator, Petitioner v. Gerald Anthony Judge, et al.**

563 U.S. 1041, 131 S. Ct. 2958, 180 L. Ed. 2d 262, 2011 U.S. LEXIS 4229.

June 6, 2011. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Seventh Circuit denied.